STATE of Minnesota, Appellant,

v.

Howard Elmer ANDERSON,
Respondent.

No. C0–85–1426.

Supreme Court of Minnesota.

March 14, 1986.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of the State of Minnesota for further review be, and the same is, granted and all proceedings, including briefing, are stayed on appeal pending final disposition of the appeal in *State v. Kim,* petition for review granted December 13, 1985. Thereafter, the parties will be notified about further action required, if any.